

# Fourth Court of Appeals
## San Antonio, Texas

March 24, 2020

No. 04-19-00589-CV

**IN THE INTEREST OF M.T.**, a Child,

From the 365th Judicial District Court, Maverick County, Texas
Trial Court No. 17-09-34741-MCVAJA
Honorable Amado J. Abascal, III, Judge Presiding

# O R D E R

Sitting:      Irene Rios, Justice
              Beth Watkins, Justice
              Liza A. Rodriguez, Justice

On March 17, 2020, appellee filed a motion for enforcement of the judgment pending appeal. Appellee's motion for enforcement of the judgment pending appeal is DENIED.

It is so ORDERED on this 24th day of March, 2020.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ,
Clerk of Court